### On Rehearing.

We were in error in stating that the Jackson and other cases cited were cases resulting in death; so this expression is withdrawn.

We simply intended to note the fact that, under the testimony of the expert witnesses, certain sections of the Mexico Codes applied to railway companies and others to other industrial enterprises in cases of torts, and that those applicable to the latter permit a recovery to persons negligently injured, and that under the evidence it became a question of fact whether the laws in evidence permit a recovery in this case, and that, the question not having been submitted nor requested to be submitted, we must presume, under our statute, that it was resolved in favor of the judgment.

The motion is overruled.

─────

## ATCHISON, T. & S. F. RY. CO. v. SIMIE.
(No. 792.)

(Court of Civil Appeals of Texas. El Paso. Feb. 6, 1919.)

Appeal from District Court, El Paso County; Ballard Coldwell, Judge.

Suit by Peter Simie against the Atchison, Topeka & Santa Fé Railway Company for damages for personal injuries. Judgment for plaintiff, and defendant appeals. Reversed and remanded, with instructions.

Terry, Cavin & Mills, of Galveston, and Turney, Culwell, Holliday & Pollard, of El Paso, for appellant.

Geo. E. Wallace and W. S. Berkshire, both of El Paso, for appellee.

HARPER, C. J. Appellee filed this suit in the district court of El Paso county against appellant railway company for damages for personal injuries. Appellant filed its motion for change of venue or plea of privilege, in due form and within the time specified. Said motion contained substantially the same allegations of facts, and proof thereof is the same, as contained in the case of Atchison, Topeka & Santa Fé Railway Co. v. Stevens, decided by this court and reported in 192 S. W. 304, to which we refer for a more definite statement. The Supreme Court granted a writ of error in the Stevens Case (202 S. W. xv) before the instant case was submitted, whereupon, by agreement of parties, this case was submitted and passed to await the action of the Supreme Court in the Stevens Case. That court recently, in an opinion not yet officially reported (206 S. W. 921), sustained the plea of privilege; so, in accordance with the holding in that case, this case is reversed and remanded to the district court of El Paso county, Tex., with the direction to transfer it to the district court of one of the counties named in the defendant's plea of privilege, as the plaintiff may elect.

Reversed and remanded, with instructions.

## ATCHISON, T. & S. F. RY. CO. v. BRESSIE.
(No. 808.)

(Court of Civil Appeals of Texas. El Paso. Feb. 6, 1919.)

Appeal from District Court, El Paso County; Ballard Coldwell, Judge.

Suit by T. E. Bressie against the Atchison, Topeka & Santa Fé Railway Company. Judgment for plaintiff, and defendant appeals. Reversed and remanded, with instructions:

Terry, Cavin & Mills, of Galveston, and Turney, Culwell, Holliday & Pollard, of El Paso, for appellant.

Geo. E. Wallace and W. S. Berkshire, both of El Paso, for appellee.

HARPER, C. J. Appellee filed this suit in the district court of El Paso county against appellant railway company for damages for personal injuries. Appellant filed its motion for change of venue or plea of privilege, in due form and within the time specified. Said motion contained substantially the same allegations of facts, and proof thereof is the same, as contained in the case of Atchison, Topeka & Santa Fé Railway Co. v. Stevens, decided by this court and reported in 192 S. W. 304, to which we refer for a more definite statement. The Supreme Court granted a writ of error in the Stevens Case (202 S. W. xv) before the instant case was submitted, whereupon, by agreement of parties, this case was submitted and passed to await the action of the Supreme Court in the Stevens Case. That court recently, in an opinion not yet officially reported (206 S. W. 921), sustained the plea of privilege; so, in accordance with the holding in that case, this case is reversed and remanded to the district court of El Paso county, Tex., with the direction to transfer it to the district court of one of the counties named in the defendant's plea of privilege, as the plaintiff may elect.

Reversed and remanded, with instructions.

─────

## GALVESTON, H. & S. A. RY. CO. v. WRIGHT.　(No. 6134.)

(Court of Civil Appeals of Texas. San Antonio. Jan. 22, 1919.)

Appeal from District Court, San Patricio County; F. G. Chambliss, Judge.

Suit between the Galveston, Harrisburg & San Antonio Railway Company and M. P. Wright. From the judgment rendered, the former appeals. Judgment reformed and affirmed, as per agreement of the parties.

SWEARINGEN, J. Appellant and appellee herein, in a joint motion, make the following statement:

"The said parties have agreed to settle said cause in the following manner: Appellee to accept the sum of $500 in full and complete settlement of all claims in said cause, and of the